IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-0685 |
| | ) | |
| v. | ) | |
| | ) | |
| EVGENIY MIKHAILOVICH BOGACHEV, et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

## FOURTH STATUS REPORT

The United States of America, by and through its attorneys David J. Hickton, United States Attorney for the Western District of Pennsylvania and Leslie R. Caldwell, Assistant Attorney General, respectfully submits this Fourth Status Report.

I.  The Technical Disruption of Gameover Zeus and Cryptolocker

    A.  Gameover Zeus

In its October 1, 2014 status report, the Government notified the Court that the remediation of Gameover Zeus-infected computers was continuing as planned. The Government noted that a total of 83,121 Gameover Zeus-infected computers were communicating with the substitute infrastructure established pursuant to this Court's Orders, which represented a reduction of more than 58% in the number of Gameover Zeus infected computers since the commencement of the technical disruption.

The latest available data shows that as of November 13, 2014, the total number of Gameover Zeus-infected computers communicating with the substitute infrastructure is 61,083. This represents a decrease of more than 26% from the last report, and a total decrease in Gameover Zeus-infected computers of nearly 70% since the technical disruption commenced.

B. Cryptolocker

The status of Cryptolocker has not changed and Cryptolocker remains neutralized.

II. Conclusion

The technical disruption of Gameover Zeus and Cryptolocker continues to function as intended and significant progress has been made in remediating Gameover Zeus infections. To keep the Court apprised of developments, the Government proposes to file another status report on January 15, 2015.

Dated: November 14, 2014

        Respectfully submitted,

| | |
|---|---|
| DAVID J. HICKTON | LESLIE R. CALDWELL |
| United States Attorney | Assistant Attorney General |
| By: /s/ Michael A. Comber<br>MICHAEL COMBER<br>Assistant U.S. Attorney<br>Western District of Pennsylvania<br>U.S. Post Office & Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219<br>(412) 894-7485 Phone<br>(412) 644-6995 Fax<br>PA ID No. 81951<br>Michael.Comber@usdoj.gov | By: /s/ Ethan Arenson<br>ETHAN ARENSON<br>Trial Attorney<br>Computer Crime and Intellectual<br> Property Section<br>1301 New York Avenue, NW<br>Washington, DC 20530<br>(202) 514-1026   Phone<br>(202) 514-6113   Fax<br>DC Bar No. 473296 (Arenson)<br>Ethan.Arenson@usdoj.gov |